**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1041**

_____

TAMMY GALLOP SHARP,

             Plaintiff - Appellant,

     v.

CITY OF ELIZABETH CITY, c/o Montre Freeman, City Manager,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Louise W. Flanagan, District Judge.  (2:23-cv-00052-FL)

_____

Submitted:  August 27, 2024                    Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tammy Gallop Sharp, Appellant Pro Se.  John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tammy Gallop Sharp appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(1) motion and dismissing, without prejudice, Sharp's civil complaint for lack of subject matter jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.*  *Sharp v. City of Elizabeth City*, No. 2:23-cv-00052-FL (E.D.N.C. Dec. 29, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

    * If Sharp wishes to file an amended complaint, she must first seek vacatur of the district court's judgment by filing a Fed. R. Civ. P. 60(b) motion in the district court.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022).